**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**MICHAEL FREEMAN,**

    **Petitioner,**

**v.**                                      **Case No. 3:12cv319/MCR/CJK**

**STATE OF FLORIDA DEPARTMENT
OF CORRECTIONS,**

    **Respondent.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 18, 2012. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a de novo determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petitioner's habeas corpus petition (doc. 1) is DISMISSED WITHOUT PREJUDICE as an unauthorized second or successive habeas corpus application.

3. The clerk is directed to close the file and send petitioner the Eleventh Circuit's form application for leave to file a second or successive petition.

4. All pending motions are DENIED AS MOOT.

5. A certificate of appealability is DENIED.

DONE AND ORDERED this 23rd day of October, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**